UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

```
FILED
AUG 14 2009
CLERK, U.S. DISTRICT COURT
NORFOLK, VA
```

JOHN HARLOW, #03204-087,

    Petitioner,

v.                                                        2:08CV558

PATRICIA R. STANSBERRY, WARDEN,

    Respondent.

### FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2241. The petition alleges violation of federal rights pertaining to petitioner's prison disciplinary proceeding. Petitioner does not, in this proceeding, attack any underlying conviction.

The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. The Magistrate Judge filed his report recommending dismissal of the petition on July 8, 2009. By copy of the report, each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge. On July 17, 2009, petitioner's copy of the report was returned to the Court because petitioner was no longer incarcerated in the Federal Correctional Center in Petersburg, Virginia. On July 20, 2009, after obtaining petitioner's new address from the Bureau of Prisons website, the report and recommendation was remailed to him at CCM Annapolis Junction, Community Corrections Center, 302 Sentinel Drive,

Suite 200, Annapolis Junction, Maryland, 20701. The report has not been returned as undeliverable. To date, the Court has received no objections to the report, and the time for filing same has expired.

The Court does hereby accept the findings and recommendations set forth in the report of the United States Magistrate Judge. Therefore, it is ORDERED that the petition be DENIED and DISMISSED on the basis that petitioner's claim is MOOT and that judgment be entered in respondent's favor.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within sixty days from the date of entry of such judgment. Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right." Therefore, the Court, pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure, declines to issue a certificate of appealability. See Miller-El v. Cockrell, 537 U.S. 322, 336 (U.S. 2003).

The Clerk shall mail a copy of this Final Order to petitioner and to counsel of record for respondent.

/s/ Mark S. Davis
Mark S. Davis
United States District Judge

**UNITED STATES DISTRICT JUDGE**

**Norfolk, Virginia**

August 13, 2009